# Order

Michigan Supreme Court
Lansing, Michigan

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151600(74)

CHANCE LOWERY,
           Plaintiff-Appellee,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
           Defendants-Appellants.
_____/

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

       On order of the Chief Justice, the motion of the Michigan Association for Justice to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before September 1, 2016.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016



Clerk